**Robert Allen LONG, Plaintiff–Appellant,**

**v.**

**Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.**

**No. 09–35036.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 25, 2011.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Roberts Allen Long, Jr., Seward, AK, pro se.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM ***

Robert Allen Long appeals pro se from the district court's order dismissing for failure to prosecute his action seeking Social Security benefits. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Townsel v. Cnty. of Contra Costa, Cal.*, 820 F.2d 319, 320 (9th Cir.1987). We affirm.

The district court did not abuse its discretion by dismissing the action without prejudice because Long failed to serve the summons and complaint as required by Federal Rule of Civil Procedure 4(m), or to show good cause for his failure. *See id.*

Long's remaining contentions are unpersuasive.

Long's pending Motion for Emergency Court Protection is denied.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.